IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANNAK PRACH, | No. C 08-4641 WHA (PR) |
| Petitioner, | **ORDER OF TRANSFER** |
| vs. | |
| A. HEDGPATH, Warden, | |
| Respondent. | |

In this habeas case petitioner seeks to challenge a conviction and sentence incurred in the Superior Court of San Joaquin County. San Joaquin County is in the venue of the United States District Court for the Eastern District of California. Petitioner is incarcerated at Kern Valley State Prison, which also is in the Eastern District.

Venue for a habeas action is proper in either the district of confinement or the district of conviction. 28 U.S.C. § 2241(d). In this case they are the same, the Eastern District. Venue therefore is not proper here, so the case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b).

**IT IS SO ORDERED.**

Dated: October   15  , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.08\PRACH4641.TRN.wpd